CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 0 4 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY, *Plaintiff,* <br><br> v. <br><br> SANDRA TINSLEY, *et al*, <br><br> *Defendant.* | CASE NO. 6:06-CV-00010 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum, the Clerk is hereby ORDERED, upon this judgment becoming final, to pay the proceeds of the life insurance deposited on January 22, 2007 together with any accrued interest to Defendant Sandra Tinsley.

The Clerk of the Court is directed to send a certified copy of this Order to all parties.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

April 4, 2007
Date